THE PEOPLE *ex rel*. GALE FULLER, Relator-Appellant, *v.* JOHN J. TWOMEY, Warden, Illinois State Penitentiary at Joliet, Respondent-Appellee.

(No. 59708;

First District (5th Division)—May 23, 1975.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Gail Moreland and Ronald P. Alwin, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Bertina E. Lampkin, Assistant State's Attorneys, of counsel), for appellee.